*In re* ALFREDO CARDEL MATOS, querellado.

*Número:* MC-81-42     *Resuelto:* 17 de diciembre de 1984

*Roberto Schmidt Monge, Procurador General,* y *Eliadís Orsini Zayas, Procuradora General Auxiliar,* abogados de El Pueblo; *Edwin Toro Goyco,* abogado del querellado.

## I

PER CURIAM: Contra el abogado Alfredo Cardel Matos, el Procurador General de Puerto Rico presentó querella imputándole violación al Canon 18 de los de Ética Profesional por alegadas actuaciones negligentes de éste con relación a un mandato recibido del Sr. Ramón Cuevas Ramírez y que culminó con la desestimación por inactividad del caso CD-75-112 ante el Tribunal de Distrito.

Se designó comisionado al Lic. Carlos M. Maldonado Casillas, ex juez del Tribunal Superior, con la encomienda de reci-

bir la prueba y rendir un informe. Previo los trámites de rigor, éste rindió su informe. Tenemos el beneficio de la comparecencia del Procurador General, quien coincide con las determinaciones de hecho vertidas en el mismo.

A los fines de una adecuada adjudicación, basta reproducir las siguientes determinaciones pertinentes:

6. Estando, a juicio del Comisionado, únicamente en controversia la actuación del querellado respecto del accidente automovilístico que motivó la demanda radicada en San Germán (75-112) y apareciendo que el querellante recibió su compensación por activas gestiones del querellado, el hecho de que el querellado no informara lo acontencido al Tribunal, lo consideramos como un error de menor importancia fundado en la inexperiencia.

Fundándose también en la inexperiencia la premura con que el querellado decidió tomar la representación en el día en que la acción prescribía lo que, unido a la actitud del querellante Ramón Cuevas Ramírez de no revelar su representación de otros intereses, impidió al querellado percatarse de ello hasta que se le notificó con copia de la sentencia en el caso 75-1525.

7. El Comisionado Especial no va a hacer conclusiones adicionales a las ya formuladas a pesar de la cuantiosa evidencia contenida en el récord en evitación de afectar procedimientos judiciales en trámite y aún procedimientos que pudieran iniciarse de naturaleza criminal. No obstante, las conclusiones de hecho ya formuladas le permiten al Comisionado recomendarle al Tribunal Supremo el archivo de la presente querella previa advertencia al querellado de la más estricta observancia de los Cánones de Ética.

## II

A la luz de lo antes expuesto, consideramos que el enojoso trámite disciplinario a que ha estado expuesto el abogado Cardel Matos es suficientemente aleccionador. Debe servirle de estímulo para que en el futuro observe de manera rigurosa los Cánones de Ética. Sin ninguna otra sanción, se dispone que

copia de la presente se una a su expediente personal obrante en la Secretaría.

*Se dictará la correspondiente sentencia.*